■ MANHATTAN AVENUE REALTY Co. et al., Appellants, v DEPARTMENT OF FINANCE OF THE CITY OF NEW YORK,

Respondent. [755 NYS2d 845] —Order and judgment (one paper), Supreme Court, New York County (William Davis, J.), entered January 10, 2002, unanimously affirmed for the reasons stated by Davis, J., without costs or disbursements. No opinion. Concur—Buckley, P.J., Nardelli, Andrias, Ellerin and Friedman, JJ.